**Order filed August 27, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00401-CV
_____

### CAFFE RIBS, INC., A UTAH CORPORATION, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 839502**

---

## ORDER

On August 14, 2013, Tom Mackey Barnes, President of Caffe Ribs, Inc, filed a request that Justice William J. Boyce be recused from participating in consideration of this appeal.

Before any further proceeding in this case, Justice Boyce declined to recuse himself and certified the matter to the entire court. *See* Tex. R. App. P. 16.3(b). A majority of the remaining justices, sitting en banc outside the presence of Justice

Boyce, decided against recusal. *See id.* Accordingly, the recusal request is **DENIED.**

Appellant is a corporation, Caffe Ribs, Inc., and the corporation is no longer represented by counsel in this appeal. Instead, the corporation is attempting to represent itself pro se through Tom Mackey Barnes, a corporate officer who is not an attorney. Except for the performance of ministerial tasks, corporations may appear and be represented only by a licensed attorney. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456 (Tex. 1996); *see also Dell Dev. Corp. v. Best. Indus. Uniform Sup. Co.*, 743 S.W.2d 302, 303 (Tex. App.—Houston [14th Dist.] 1987, writ denied).

Motions and briefs submitted pro se on behalf of a corporation will not be considered. If appellant seeks to file any further motions or briefs in this appeal, appellant is required to obtain counsel.

PER CURIAM